UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BART BLEDSOE, et al.,** | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:25-cv-00105 |
| **ENGINEERED SERVICES CO-OPERATIVE, LLC, et al.,** | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 28) recommending that the Court grant Plaintiffs' Motion for Default Judgment (Doc. No. 22); award Plaintiffs damages of $11,831.05 (consisting of $6,736.05 in unpaid contributions, late charges, and interest, and $5,095.00 in attorneys' fees and expenses); and convert the Court's preliminary injunction (Doc. No. 21) into a permanent injunction. Defendants, despite having been served with copies of the default judgment motion and having copies of the R&R mailed to them, have not filed timely objections to the R&R. Therefore, Defendants have waived further review of the Magistrate Judge's findings and conclusions.

Nonetheless, the Court has reviewed the R&R and agrees with the Magistrate Judge's analysis. Accordingly, the R&R (Doc. No. 28) is **ADOPTED**.

Plaintiffs' Motion for Default Judgment (Doc. No. 22) is **GRANTED**. The Clerk shall enter final judgment pursuant to Fed. R. Civ. P. 58 in favor of Plaintiffs in the amount of $11,831.05. The Court will also convert its preliminary injunction (Doc. No. 21) into a permanent injunction.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE